FILED
CLERK, U.S. DISTRICT COURT
JUL 29 2008
CENTRAL DISTRICT OF CALIFORNIA
BY          DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KHALMUS JEFFERSON,<br><br>        Petitioner,<br><br>       v.<br><br>J. WALKER, Warden,<br><br>        Respondent. | CASE NO. CV 07-04524 JSL (SS)<br><br>**ORDER ADOPTING FINDINGS,<br>CONCLUSIONS, AND RECOMMENDATIONS OF<br>UNITED STATES MAGISTRATE JUDGE** |

    Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, all the records and files herein and the Report and Recommendation of the United States Magistrate Judge. The time for filing Objections to the Report and Recommendation has passed and no Objections have been received. Accordingly, the Court accepts and adopts the findings, conclusions and recommendations of the Magistrate Judge.

\\
\\
\\
\\
\\

Accordingly, **IT IS ORDERED THAT:**

1. Judgment shall be entered denying the Petition and dismissing this action with prejudice.

2. The Clerk shall serve copies of this Order and the Judgment herein by United States mail on Petitioner.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

DATED: 7/29/08

*Spencer Letts*
J. SPENCER LETTS
UNITED STATES DISTRICT JUDGE