JS-6

FILED
CLERK, U.S. DISTRICT COURT
JUL 29 2008
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KHALMUS JEFFERSON,<br><br>      Petitioner,<br><br>    v.<br><br>J. WALKER, Warden,<br><br>      Respondent. | CASE NO. CV 07-04524 JSL (SS)<br><br>**JUDGMENT** |

    Pursuant to the Court's Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

    IT IS HEREBY ADJUDGED that the above-captioned action is dismissed with prejudice.

DATED: 7/29/08

                                        /s/ Spencer Letts
                                        J. SPENCER LETTS
                                        UNITED STATES DISTRICT JUDGE